Mark D. Estle (CA Bar No. 135004)
THE ESTLE LAW FIRM
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858)720-0890
Facsimile (858)720-0092

Attorney for Plaintiff
AURORA LOAN SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>AURORA LOAN SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. YATES, and DOES 1 through 10 inclusive,<br><br>Defendant(s). | Case No. 4:11-cv-00967-LB<br><br>AURORA LOAN SERVICES LLC'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION TO REMAND HEARING<br><br>HEARING DATE:<br>Date: June 23, 2011<br>Time: 11:00 a.m.<br>Ctrm: 4<br>Floor: 3rd<br>Judge: BEELER |

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff AURORA LOAN SERVICES LLC hereby respectfully requests permission to appear telephonically at the Motion to Remand Hearing before Magistrate Judge Laurel Beeler set for June 23, 2011, at 9:30 a.m., in Courtroom 4, 3rd Floor.

Because counsel for AURORA LOAN SERVICES LLC is located in San Diego, California, it would be an undue hardship to have to appear personally for a hearing that is more than 400 miles away.

/ / / /
/ / / /

1
AURORA LOAN SERVICES LLC'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO REMAND HEARING

1    The appearing attorney at the Hearing re: Motion to Remand will be  Mark D. Estle.  He
2 will be available at telephone number (858) 720-0890 to make such telephonic appearance.
3 Respectfully submitted,

                                        THE ESTLE LAW FIRM


DATED: June 10, 2011                    By:   /s/ Mark D. Estle
                                         MARK D. ESTLE,
                                         Attorney for Movant
                                         AURORA LOAN SERVICES LLC


Dated: June 13, 2011

**IT IS SO ORDERED**

Judge Laurel Beeler

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*